# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Do No Harm v. Pfizer Inc.     Docket No.: 23-15

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jeannie S. Rhee

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 2001 K St NW, Washington DC 20006

Telephone: (202) 223-7466     Fax: (202) 330-5012

E-mail: jrhee@paulweiss.com

Appearance for: Pfizer Inc. / Defendant-Appellee
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Liza M. Velazquez / Paul, Weiss, Rifkind, Wharton & Garrison LLP)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____)
(name/firm)

[ ] Additional counsel (co-counsel with: _____)
(name/firm)

[ ] Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Jeannie S. Rhee

Type or Print Name: Jeannie S. Rhee