# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-15

**Caption [use short title]**

**Motion for:** Expedited Appeal

Set forth below precise, complete statement of relief sought:

Appellant, Do No Harm, requests that the Court issue an order expediting the appeal. Appellee consents in part and takes no position in part.

Do No Harm v. Pfizer Inc.

**MOVING PARTY:** Do No Harm         **OPPOSING PARTY:** Pfizer, Inc.

[✔] Plaintiff    [ ] Defendant
[✔] Appellant/Petitioner    [ ] Appellee/Respondent

**MOVING ATTORNEY:** Cameron T. Norris         **OPPOSING ATTORNEY:** Jeannie S. Rhee

[name of attorney, with firm, address, phone number and e-mail]

Consovoy McCarthy PLLC                         Paul, Weiss, Rifkind, Wharton & Garrison LLP
1600 Wilson Blvd, Suite 700, Arlington, VA 22209    2001 K Street, NW, Washington DC 20006
(703) 243-9423 / cam@consovoymccarthy.com       (202) 223-7466 / jrhee@paulweiss.com

Court- Judge/ Agency appealed from: SDNY (Rochon, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[✔] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✔] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   [ ] Yes [✔] No
Has this relief been previously sought in this court?  [ ] Yes [✔] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✔] No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Cameron T. Norris   **Date:** 1/31/2023   Service by: [✔] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 23-15

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Do No Harm,
*Plaintiff-Appellant*,

v.

Pfizer Inc.,
*Defendant-Appellee*,

On Appeal from the United States District Court
for the Southern District of New York

**MEMORANDUM IN SUPPORT OF APPELLANT'S
MOTION TO EXPEDITE APPEAL**

Appellant, Do No Harm, asks this Court to expedite briefing, argument, and decision in this appeal. Appellee, Pfizer, Inc., consents to the expedited briefing schedule but takes no position on the other relief sought. In support of its motion, Do No Harm states as follows:

1. This appeal involves a civil-rights lawsuit filed by Do No Harm, on behalf of its members, against Pfizer, alleging that a Pfizer fellowship excludes white and Asian applicants. Shortly after the complaint was filed, Do No Harm moved for a preliminary

injunction concerning the selection of the 2023 fellows, which the district court denied. In addition, the district court sua sponte dismissed the case on the ground that Do No Harm lacked standing.

2.  Pfizer's fellowship is a multi-year program. Pfizer will select fellows three more times—once in 2023, again in 2024, and again in 2025. Unless this appeal is expedited, Do No Harm faces the prospect of running out of time to litigate its case in the district court on remand (including any appeals to this Court or the Supreme Court) before the application windows close and its white and Asian members can no longer be accepted.

3.  Given the fellowship's timeline, Do No Harm requests that the Court order the parties to submit briefs based on the following schedule:

- Appellant's opening brief is due by March 2, 2023
- Appellee's response brief is due by April 3, 2023
- Appellant's reply brief is due by April 17, 2023

No extensions to this briefing schedule should be granted unless both parties consent.

4.  This expedited schedule is reasonable. Because the district court dismissed Do No Harm's complaint under Rule 12, this Court's Local Rule 31.2 already requires that Do No Harm's appeal be expedited and briefed under a 35-35-14 schedule. Do No Harm's proposed schedule asks for further expedition by proceeding under a 30-30-14 schedule. No party will be prejudiced.

5. Do No Harm further asks the Court to expedite oral argument and schedule the argument in this appeal for as soon as practicable after briefing concludes.

6. Do No Harm further asks the Court to resolve this appeal on an expedited basis so that Do No Harm can litigate and obtain relief from the district court before the 2024 application cycle.

7. Pfizer consents to the expedited briefing schedule but takes no position on (i) the other relief sought in this motion or (ii) the articulated reasons supporting Do No Harm's motion.

## CONCLUSION

For all these reasons, this Court should expedite this appeal.

Dated: January 31, 2023

Respectfully submitted,

 /s/ Cameron T. Norris
Thomas R. McCarthy
Cameron T. Norris
Frank H. Chang
C'Zar Bernstein
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
frank@consovoymccarthy.com
czar@consovoymccarthy.com

*Counsel for Appellant Do No Harm*

# CERTIFICATE OF SERVICE

I filed the foregoing via ECF, which will electronically notify all counsel of record.

Dated: January 31, 2023
/s/ *Cameron T. Norris*
Cameron T. Norris
*Counsel for Appellant Do No Harm*