

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

**BY ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

    RE:    *Do No Harm v. Pfizer Inc.*, No. 23-15

Dear Ms. O'Hagan Wolfe,

    Under Local Rule 31.2(b), Appellant Do No Harm's appeal should be placed on the Expedited Appeals Calendar. Because this appeal has not yet been placed on the Expedited Appeals Calendar, Do No Harm submits this Local Rule 31.2(a) scheduling notification out of an abundance of caution. Do No Harm requests that the Court expedite this appeal and adopt the briefing deadlines requested in its unopposed motion to expedite appeal (Doc. 24).

| | |
|---|---|
| Dated: January 31, 2023 | Respectfully submitted, |
| | /s/ *Cameron T. Norris* |
| | Cameron T. Norris |
| | CONSOVOY MCCARTHY PLLC |
| | 1600 Wilson Blvd., Ste. 700 |
| | Arlington, VA 22209 |

cc: Counsel of Record (via ECF)