# Ex. 1

# 23-15

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

Do No Harm,
        *Plaintiff-Appellant*,

v.

Pfizer Inc.,
        *Defendant-Appellee*,

On Appeal from the United States District Court
for the Southern District of New York

**DECLARATION OF MEMBER C**

I, Member C, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I would like to apply to the Pfizer Breakthrough Fellowship Program. I meet all the eligibility requirements set by Pfizer, except I am Asian.

3. I am currently a full-time sophomore at what is, by many accounts, the highest-ranking public university in the country. I expect to graduate in Spring 2025.

4. I am a U.S. permanent resident and authorized to work in the United States.

5. I maintain a GPA higher than a 3.0 average.

6. I am involved in campus life and activities and hold leadership positions in student organizations and outside organizations. I am the philanthropy chair for a fraternity on campus and serve on the staff of an academic journal. Outside of student organizations, I founded a non-profit organization focused on mobilizing advocacy efforts on climate issues. I served as that organization's CEO for nearly three years, until recently, dedicating 34 to 40 hours a week to overseeing the organization's day-to-day operations, working with the organization's approximately 20 members, and spearheading the organization's mobilization and advocacy efforts.

7. I am interested in applying to the Fellowship because it is a prestigious program. And it seems like a great professional development opportunity. I would benefit greatly from working in Pfizer's office in New York City—where my family live and I currently consider to be my permanent residence—or another office during the summer between my junior and senior years and making professional connections and finding mentors through the Fellowship.

8. I am also drawn by the fact that Pfizer will pay a full scholarship for an MBA program. I intend to declare Business Administration as one of my majors and am currently planning to pursue an MBA in the future.

9. I am able to contribute to Pfizer's goal of advancing diversity, equity, and inclusion for Black/African, Latino/Hispanic, and Native American personnel at Pfizer. Throughout my life, I have worked hard to promote the principle that everyone should be treated equally no matter the color of their skin. As a racial minority myself, I have been the victim of anti-Asian stereotypes—by elite institutions and others—and understand how to spot and confront double standards and arbitrary treatment against individuals based on their race. In addition, while I was the CEO of the non-profit advocacy organization, I made sure to feature different cultures and voices.

10. If I get accepted and join the Fellowship, I am prepared to meet the program's requirements and expectations, including working at an assigned Pfizer location and advancing diversity, equity, and inclusion for Black/African American, Latino/Hispanic, and Native American personnel at Pfizer.

11. I understand that, when Do No Harm filed this lawsuit, Pfizer's eligibility criteria categorically excluded whites or Asians. I also understand Pfizer modified its description of the Fellowship but has not claimed that the eligibility criteria have changed or that it will not give race-based preferences when choosing fellows. I would not trust any such representation, unless it was backed by a court order, because Pfizer's changes were made only after Do No Harm challenged the Fellowship in court and took an appeal.

12. On its face, the Fellowship still discriminates against whites and Asians. Pfizer still requires applicants to advance Pfizer's goal of growing the pipeline of

3

Black/African American, Latino/Hispanic, and Native American personnel at Pfizer. Whites and Asians do not grow the pipeline of personnel from those three specific races by taking spots away from them in the Fellowship.

13. I am able and ready to apply to the 2024 class of the Fellowship if Pfizer stops discriminating against Asian applicants like me in applying to the Fellowship.

14. I became a member of Do No Harm because I support its mission as well as this lawsuit.

15. I am signing this declaration under a pseudonym because I am a college student, and if my participation in this litigation becomes public, I fear reprisal from other students on campus, my professors, future employers, and the public.

16. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 9, 2023

*Member C*

Member C

4