# 23-15

**IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Do No Harm,
*Plaintiff-Appellant*,

v.

Pfizer Inc.,
*Defendant-Appellee*,

On Appeal from the United States District Court for the Southern District of New York

**SECOND SUPPLEMENTAL DECLARATION OF KRISTINA RASMUSSEN**

I, Kristina Rasmussen, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I am the Executive Director of Do No Harm.

1

3. Do No Harm, at all times during this litigation, has had at least one member who is able and ready to apply to Pfizer's Breakthrough Fellowship if Pfizer stops discriminating.

4. I am personally aware that Member C is a member of Do No Harm.

5. On February 15, 2023, I visited Pfizer's website and learned that it had changed some of the language it uses to describe the Breakthrough Fellowship. Pfizer never alerted anyone at Do No Harm about these changes. To this date, Pfizer still has not alerted anyone at Do No Harm about these changes, given a reason for the changes, or even admitted that they are changes.

6. In response to press inquiries, Pfizer has stated, "We remain committed to the goals of the Breakthrough Fellowship Program, which is designed to cultivate a pipeline of diverse talent at Pfizer. We believe that the support of a broad coalition committed to DEI (diversity, equity and inclusion) strengthens our ability to meet these goals." Samson, *Amid anti-Asian and anti-white claims, Pfizer amends fellowship to allow applicants 'regardless' of race*, Yahoo! (Feb. 23, 2023), perma.cc/6Y48-JYYJ.

7. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 9, 2023

*Kristina Rasmussen*
Kristina Rasmussen