# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of March, two thousand twenty-three.

_____

Do No Harm,

       Plaintiff - Appellant,

v.

Pfizer Inc.,

       Defendant - Appellee.

_____

**ORDER**

Docket No. 23-15

Appellant moves to supplement the record with two additional declarations.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of this appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court