**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(202) 223-7466

WRITER'S DIRECT FACSIMILE
(202) 330-5012

WRITER'S DIRECT E-MAIL ADDRESS
jrhee@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON
JUSTIN ANDERSON
JOSEPH J. BIAL
PAUL D. BRACHMAN
JOHN P. CARLIN
REBECCA S. COCCARO
TIHITINA DAGNEW
KAREN L. DUNN
KENNETH A. GALLO
ROBERTO J. GONZALEZ
WILLIAM A. ISAACSON
MARK F. MENDELSOHN
JANE B. O'BRIEN
JESSICA E. PHILLIPS
JEANNIE S. RHEE
KANNON K. SHANMUGAM
KYLE SMITH
JOSHUA H. SOVEN

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*
EDWARD T. ACKERMAN*
JACOB A. ADLERSTEIN*
ALLAN J. ARFFA*
JONATHAN H. ASHTOR*
ROBERT A. ATKINS*
SCOTT A. BARSHAY*
PAUL M. BASTA*
LYNN B. BAYARD*
BRUCE BIRENBOIM*
H. CHRISTOPHER BOEHNING*
BRIAN BOLIN*
ANGELO BONVINO*
ANDRE G. BOUCHARD*
GERALD BRANT*
ROBERT A. BRITTON*
WALTER F. BROWN*
SUSANNA M. BUERGEL*
JESSICA S. CAREY*
DAVID CARMONA*
GEOFFREY R. CHEPIGA*
ELLEN N. CHING*
WILLIAM A. CLAREMAN*
LEWIS R. CLAYTON*
YAHONNES CLEARY*
JAY COHEN
KELLEY A. CORNISH*
CHRISTOPHER J. CUMMINGS*
THOMAS V. DE LA BASTIDE III*
MEREDITH R. DEARBORN*
ALICE BELISLE EATON*
ANDREW J. EHRLICH*
GREGORY A. EZRING*
ROSS A. FIELDSTON*
ANDREW C. FINCH*
BRAD J. FINKELSTEIN*
BRIAN P. FINNEGAN*
ROBERTO FINZI*
PETER E. FISCH*
HARRIS FISCHMAN*
KATHERINE B. FORREST*
VICTORIA S. FORRESTER*
HARRIS B. FREIDUS*
MANUEL S. FREY*
MICHAEL E. GERTZMAN*
ADAM M. GIVERTZ*
SALVATORE GOGLIORMELLA*
NEIL GOLDMAN*
MATTHEW B. GOLDSTEIN*
CHARLES H. GOOGE, JR.*
ANDREW G. GORDON*
BRIAN S. GRIEVE*
UDI GROFMAN*
MELINDA HAAG
ALAN S. HALPERIN*
CLAUDIA HAMMERMAN*
IAN M. HAZLETT*
BRIAN S. HERMANN*
JOSHUA HILL JR.*
MICHELE HIRSHMAN*
JARRETT R. HOFFMAN*
ROBERT HOLO*
CHRISTOPHER HOPKINS*
DAVID S. HUNTINGTON*
AMRAN HUSSEIN*
LORETTA A. IPPOLITO*
JAREN JANGHORBANI*
BRIAN M. JANSON*
LUKE JENNINGS*
JEH C. JOHNSON*
MATTHEW B. JORDAN*
CHRISTODOULOS KAOUTZANIS*
BRAD S. KARP*
PATRICK N. KARSNITZ*
JOHN C. KENNEDY*
ROBERT A. KILLIP*
BRIAN KIM*
KYLE J. KIMPLER*
JEFFREY L. KOCHIAN*
ALEXIA D. KORBERG*
DANIEL J. KRAMER*
ANDREW D. KRAUSE*
BRIAN KRAUSE*
CAITH KUSHNER*
KAISA KUUSK*
DAVID K. LAKHDHIR*
GREGORY F. LAUFER*
BRIAN C. LAVIN*
XIAOYU GREG LIU*
RANDY LUSKEY*
LORETTA E. LYNCH*
JEFFREY D. MARELL*
MARCO V. MASOTTI*
DAVID W. MAYO*
ELIZABETH R. MCCOLM*
JEAN M. MCLOUGHLIN*
ALVARO MEMBRILLERA*
CLAUDINE MEREDITH-GOUJON*
WILLIAM B. MICHAEL*
SEAN A. MITCHELL*
ERIN J. MORGAN*
JUDIE NG SHORTELL*
CATHERINE NYARADY*
BRAD R. OKUN*
SUNG PAK*
CRYSTAL L. PARKER*
LINDSAY B. PARKS*
ANDREW M. PARLEN*
DANIELLE C. PENHALL*
CHARLES J. PESANT*
ANASTASIA V. PETERSON*
AUSTIN S. POLLET*
VALERIE E. RADWANER*
JEFFREY J. RECHER*
LORIN L. REISNER*
ANDREW N. ROSENBERG*
JUSTIN ROSENBERG*
JACQUELINE P. RUBIN*
RAPHAEL M. RUSSO*
ELIZABETH M. SACKSTEDER*
JEFFREY B. SAMUELS*
PAUL L. SANDLER*
AARON J. SCHLAPHOFF*
KENNETH M. SCHNEIDER*
ROBERT B. SCHUMER*
JOHN M. SCOTT*
BRIAN SCRIVANI*
KYLE T. SEIFRIED*
SUHAN SHIM*
CULLEN L. SINCLAIR*
MAURY SLEVIN*
AUDRA J. SOLOWAY*
SCOTT M. SONTAG*
MEGAN SPELMAN*
ROBERT Y. SPERLING*
EYITAYO ST. MATTHEW-DANIEL*
SARAH STASNY*
AIDAN SYNNOTT*
ROBERT D. TANANBAUM*
BRETTE TANNENBAUM*
RICHARD C. TARLOWE*
DAVID TARR*
MONICA K. THURMOND*
DANIEL J. TOAL*
LAURA C. TURANO*
CONRAD VAN LOGGERENBERG*
KRISHNA VEERARAGHAVAN*
JEREMY M. VEIT*
LIZA M. VELAZQUEZ*
MICHAEL VOGEL*
RAMY J. WAHBEH*
ANDREA WAHLQUIST BROWN*
JOHN WEBER*
THEODORE V. WELLS, JR.
SAMUEL J. WELT*
LINDSEY L. WIERSMA*
STEVEN J. WILLIAMS*
LAWRENCE I. WITDORCHIC*
MARK B. WLAZLO*
ADAM WOLLSTEIN*
STACI YABLON*
BOSCO YIU*
KAYE N. YOSHINO*
TONG YU*
TAURIE M. ZEITZER*
KENNETH S. ZIMAN*
T. ROBERT ZOCHOWSKI, JR.*

*NOT ADMITTED TO THE DC BAR

June 9, 2023

**By ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

      Re:    *Do No Harm* v. *Pfizer Inc.*, No. 23-15

Dear Ms. Wolfe:

      Pursuant to Federal Rule of Appellate Procedure 28(j), appellee Pfizer Inc. ("Pfizer") writes in response to Do No Harm's ("DNH") June 5, 2023 notice of supplemental authority (Dkt. 73). *Speech First, Inc.* v. *Sands*, No. 21-2061, 2023 WL 3729333 (4th Cir. May 31, 2023) is inapposite.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

*Sands* involved a First Amendment challenge to two generally applicable university policies on behalf of Speech First's members attending that university. (Op. 3.) The Fourth Circuit affirmed the district court's denial of Speech First's motion for a preliminary injunction. *Id.*

***First***, the footnote in *Sands*, (*see* Op. 7 n.3), like the Fourth Circuit's original order granting the motion to supplement the record with anonymous declarations, provides no reasoning and involves very different circumstances. Accordingly, *Sands* does nothing to further DNH's argument. *See* Dkt. 50 at 8. To the extent the Fourth Circuit found persuasive that the new declarants' injuries were "identical" to those of the original declarants, DNH does not—and cannot—argue that Members A, B, and C can "assert identical injuries." (Op. 7 n.3.) For DNH to prevail, DNH must come forward with a member who *individually* is "able and ready" to apply, as Pfizer has previously explained. *See* Dkt. 50 at 6-7. By contrast, *Sands* involved a First Amendment facial challenge to a university-wide policy, which "considers only the text of the [policy] itself, not its application to the particular circumstances of an individual." *Field Day, LLC* v. *County of Suffolk*, 463 F.3d 167, 174 (2d Cir. 2006). Substituting new members for a facial challenge to a policy's impact on all students is very different than adding new members who must demonstrate their individual ability and readiness to apply to Pfizer's Breakthrough Fellowship Program.

***Second***, *Sands* does not address whether anonymous declarations can support Article III standing. This question was not fully litigated in *Sands*, *see Sands*, Dkt. 32, nor relevant at all to the Court's reasoning or holding. *Sands* therefore does not contradict or undermine the Supreme Court's binding precedent in *Summers* v. *Earth Island Institute* requiring organizations to supply the name of at least one member with standing.

Respectfully submitted,

 */s/ Jeannie S. Rhee*
Jeannie S. Rhee


cc: All counsel of record (via ECF)