UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand and twenty-three,

Do No Harm,

    Plaintiff - Appellant,

v.

Pfizer Inc.,

    Defendant - Appellee.

**ORDER**
Docket No. 23-15

Cameron T. Norris and Thomas R. McCarthy are hereby authorized to bring two smart phones and two laptop computers into Courtroom 1703 of the Thurgood Marshall U.S. Courthouse for the limited purpose of readily accessing briefs, appendices, and other material directly related to oral argument in the above-referenced matter scheduled for Tuesday, October 2, 2023. Any use of the device is limited to the lawyers' anteroom, counsel's table and the podium.

Counsel identified in this Order certifies that he will not use the device in the designated areas to make or record images or sounds or to send or receive wireless transmissions. Counsel also certifies that the device lacks any infrared ports or alternatively that counsel has disabled all infrared ports.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court