# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-15

**Caption [use short title]**

**Motion for:** extension of time to file opposition to appellant's motion for leave to supplement the record on rehearing

Do No Harm v. Pfizer, Inc.

Set forth below precise, complete statement of relief sought:

Appellee, Pfizer, seeks to adjourn the deadline to oppose appellant's motion to supplement the record on rehearing to the date by which any response to appellant's petition for rehearing (if requested) would be due. In the alternative, appellee seeks to extend its response from April 1, 2024 to April 8, 2024.

**MOVING PARTY:** Pfizer, Inc.   **OPPOSING PARTY:** Do No Harm

☐ Plaintiff   ☒ Defendant
☐ Appellant/Petitioner   ☒ Appellee/Respondent

**MOVING ATTORNEY:** Martha Goodman   **OPPOSING ATTORNEY:** Cameron T. Norris

[name of attorney, with firm, address, phone number and e-mail]

Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW, Washington DC 20006
(202) 223-7300 / mgoodman@paulweiss.com

Consovoy McCarthy PLLC
1600 Wilson Blvd, Suite 700, Arlington, VA 22209
(703) 243-9423 / cam@consovoymccarthy.com

**Court- Judge/ Agency appealed from:** SDNY (Rochon, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Martha Goodman   **Date:** 3/26/2024   Service: ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 23-15

---

## In the United States Court of Appeals for the Second Circuit

---

DO NO HARM
PLAINTIFF-APPELLANT

*v.*

PFIZER, INC.
DEFENDANT-APPELLEE

———————

**APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO APPELLANT'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON REHEARING**

———————

Pursuant to Local Rule 27.1(f), defendant-appellee Pfizer, Inc. moves to extend the time to file its opposition to plaintiff-appellant Do No Harm's motion for leave to supplement the record on rehearing. Dkt. 132. Appellant does not oppose this motion.

1. This appeal was noticed on January 3, 2023. Dkt. 1. On March 10, 2023, the same day Appellant filed its moving brief, Appellant moved to

supplement the record on appeal to address arguments regarding whether the case was moot. Dkt. 38, 40.

2. On March 6, 2024, this Court ruled on Do No Harm's appeal and affirmed the district court's conclusion that Do No Harm failed to establish Article III standing. Dkt. 120.

3. This Court entered judgment the same day, affirming the district court's dismissal of Appellant's claims without prejudice and denying as moot Appellant's motion to supplement the record. Dkt. 127.

4. On March 20, 2024, Do No Harm filed a petition for panel rehearing and rehearing en banc. Dkt. 129.

5. The next day, on March 21, 2024, Do No Harm moved for "leave to supplement the record on rehearing or rehearing en banc," Dkt. 132 at 5, again in order to address arguments on rehearing about whether the case is moot, *id.* at 1–3.

6. Under Federal Rule of Appellate Procedure 27, Pfizer's opposition to Do No Harm's motion would be due April 1, 2024.

7. Do No Harm's motion for leave to supplement the record on rehearing is premised on its petition for rehearing. Under Federal Rule of Appellate Procedure 40, a party may not respond to a petition for rehearing unless and until a response is requested by the Court. *See* Fed. R. App. P.

2

40(a)(3). To date, no response to the petition has been requested of Pfizer by the Court.

8. In light of Rule 40(a)(3), and the link between Do No Harm's post-judgment motion and its petition, Pfizer respectfully submits that any response to the motion be adjourned until, if a response to the petition is requested, the date by which such response would be due. Appellant does not oppose this requested relief.

9. In the alternative, should the Court desire a sooner response, Pfizer requests that its response be due no earlier than April 8, 2024, in light of Pfizer's and its counsels' obligations in other cases and the upcoming holiday. Do No Harm consents to this alternative request.

Respectfully submitted,

/s/ *Martha L. Goodman*

SAMANTHA L. CHAIFETZ
DLA PIPER LLC
 *500 Eighth Street, N.W.*
 *Washington, DC 20004*

JEANNIE S. RHEE
MARTHA L. GOODMAN
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
 *2001 K Street, N.W.*
 *Washington, DC 20006*
 *(202) 223-7300*
 *mgoodman@paulweiss.com*

                                                                                                                                                                                                                                                                                    LORETTA E. LYNCH
                                             LIZA M. VELAZQUEZ
                                             PAUL, WEISS, RIFKIND,
                                                WHARTON & GARRISON LLP
                                              *1285 Avenue of the Americas*
                                              *New York, NY 10019*

MARCH 26, 2024

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Martha Goodman, counsel for appellee Pfizer, Inc., certify, pursuant to Federal Rule of Appellate Procedure 27(d), that the foregoing motion is proportionately spaced, has a typeface of 14 points or more, and contains 399 words.

MARCH 26, 2024 /s/ *Martha Goodman*
MARTHA GOODMAN

## CERTIFICATE OF SERVICE

    I, Martha Goodman, counsel for appellee Pfizer, Inc., certify that, on March 26, 2024, a copy of the foregoing response was filed electronically through the appellate CM/ECF system with the Clerk of the Court. I certify that all participants in the case are registered users with the electronic filing system and that service will be accomplished by that system.

/s/ *Martha Goodman*
MARTHA GOODMAN