# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of April, two thousand twenty-four.

Before:     Beth Robinson,
                *Circuit Judge.*

_____

Do No Harm,

        Plaintiff - Appellant,

v.

Pfizer Inc.,

        Defendant - Appellee.

_____

**ORDER**

Docket No. 23-15

      Appellant moves to supplement the record on rehearing.

      IT IS HEREBY ORDERED that the motion is DENIED.

                                      For the Court:

                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

