## Breakthrough Fellowship Program FAQs

1. Why did Pfizer create the **Breakthrough Fellowship Program, "BFP"**?

    - This program is designed to enhance our pipeline of diverse talent of leaders, with a goal of developing 100 fellows by 2025. One of Pfizer's Bold Moves is to make Pfizer an amazing workplace for all and we are committed to increasing diversity by fostering a more inclusive workplace. Every Pfizer 'Breakthrough' program is designed to cultivate a pipeline of diverse talent. Everything we do is driven by our purpose.

2. I'm not from a minority group identified for the Breakthrough Fellowship Program; what opportunities are available to me?

    - Pfizer is an equal opportunity employer. You are eligible to apply for the Breakthrough Fellowship Program regardless of whether you are of Black/African American, Latino/Hispanic, or Native American descent. All applicants are asked to demonstrate their significant commitment and ability to further the Breakthrough Fellowship Program's goals by submitting a brief written statement. In addition, we have multiple programs and opportunities throughout the year for undergraduate and graduate students and for Pfizer colleagues generally. For example, any colleague can pursue an MBA or MPH through Pfizer Benefits' Education Assistance Program. We also host MBA students each summer, more information on this program can be found here. Undergraduates and graduate students who are not eligible or interested in the Breakthrough Fellows Program but would like to pursue a career at Pfizer can apply to the Summer Growth Experience Program and/or create a job alert on our Pfizer.com/Careers page to receive email or text notifications when positions are opened.

3. What are the requirements of program applicants?

    - Must be immediately authorized to work in the U.S. without the employer's sponsorship. Please note that Pfizer will not be able to provide visa or permanent residence sponsorship for this job or any derived full-time opportunity. Pfizer is an equal opportunity and E-Verify employer.
    - Be an undergraduate student enrolled in a full-time university program (an accredited college / university degree program at the time of award) and an expected graduate of Winter 2024 or Spring 2025
    - Committed interest & intent to pursue an MBA, MPH or MS Statistics
    - Apply to a Breakthrough Fellowship Intern opportunity via Pfizer.com/Careers search 'Breakthrough'.
    - Have a 3.0 GPA or above
    - Demonstrated commitment and ability to advance diversity, equity and inclusion for Black/African American, Latino/Hispanic and Native Americans at Pfizer, in particular growing the pipeline of Black/African American, Latino/Hispanic and Native Americans at Pfizer.
    - Demonstrate exceptional leadership potential
    - Willingness to work in the NYHQ office or at a Pfizer location identified in the job posting

4. For the written statement requirement, what does having a strong commitment and ability to advance diversity, equity and inclusion for Black/African American, Latino/Hispanic and Native Americans at Pfizer mean?

Pfizer's goal is to foster an inclusive culture where everyone feels welcomed, heard and accepted. As part of this goal, the Breakthrough Fellowship Program is designed to grow the pipeline of Black/African American, Latino/Hispanic or Native Americans at Pfizer. Examples of a demonstrated commitment and ability to further the Program's goals could include:

- Demonstrated long term mentorship of diverse individuals of Black/African American, Latino/Hispanic or

gnment to furthering the representation and growth of [...], Latino/Hispanic or Native American descent in the [...], or in the community.

A successful applicant could point to their activities or experience in the workplace, a volunteer setting, or an extra-curricular school program, for example, to demonstrate this commitment.

The essay should be no more than 500 words.

5. What are the components of the Breakthrough Fellowship program?

    - Students will be eligible to apply during their Junior year of college. Successful Fellows will participate in all five components of the program:

        1. An initial 10-week summer internship for rising undergraduate college seniors
        2. 2 years of full-time employment after Undergraduate graduation
        3. After 2 years, a fully paid scholarship to complete a full-time, 2-year MBA, MPH or MS Statistics program
        4. Summer internship between the first and second years of the MBA / MPH / MS Statistics program
        5. Return to Pfizer for employment post program graduation

6. When can I apply for the MBA/MPH/MS program?

    - We encourage Fellows to apply to a program during their Senior year within their undergraduate program or at least before the beginning of their second year of full-time employment with Pfizer.

7. What Pfizer groups will participate in hiring Breakthrough Fellows?
    - Historically, Intern opportunities for BFP are within the Chief Business & Information Office, Finance, Global Business Solutions, Pfizer Global Supply, Biopharma, Global Science, Corporate Affairs & Global Product Development.

8. Is this a rotational program, or will students remain in their "home" groups for all four components of the program?

    - Breakthrough Fellows will remain in their "home" group for the duration of the program to foster strong relationships with their team; growth experiences and rotations in other areas will be provided. This will encourage the maximum professional and personal development possible for the Fellow at this stage.

9. Is there an employment requirement post-MBA / MPH /MS Statistics?
    - Yes, there is an expectation that Pfizer's Breakthrough Fellows will remain with Pfizer and potentially become future talent for leadership roles. Pfizer will require reimbursement of the cost of the scholarship if the Fellow leaves Pfizer prior to 2 years post-graduation of the MBA / MPH / MS program.

10. If I have additional questions who may I reach out to?
    - Please send an email to BreakthroughFellowship@pfizer.com with your name and college information included.

11. Is this program only for New York City, is it available in another locations or country?
    - Currently, the BFP is for roles based in New York, USA and a selection of North America Pfizer locations. In the future, we may identify opportunities to extend the program to other locations; best practices may be introduced globally.

12. Can I be considered if I am already working for Pfizer?
    - At this time, the BFP is designed for undergraduates approaching their Senior year in a four-year undergraduate program. Pfizer recognizes the value of career development and growth. Pfizer Colleagues have access through their local benefits Education Assistance Program.

Cited in Do No Harm v. Pfizer, no. 23-15-cv, archived on 1/10/2025 This document is protected by copyright. Further reproduction is prohibited without permission.