**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-five.

Before:     Dennis Jacobs,
                 Richard C. Wesley,
                 Beth Robinson,
                     *Circuit Judges.*

Do No Harm,

        Plaintiff - Appellant,

v.

Pfizer Inc.,

        Defendant - Appellee.

**JUDGMENT**

Docket No. 23-15

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that this Court's March 6, 2024 judgment in this appeal and the district court's dismissal of Appellant Do No Harm's claims are VACATED, and the case is REMANDED to the district court for further proceedings consistent with this Court's January 10, 2025 opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/31/2025