# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of February, two thousand twenty-five.

| | |
|---|---|
| Do No Harm, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 23-15 |
| v. | |
| Pfizer Inc., | |
|     Defendant - Appellee. | |

    IT IS HEREBY ORDERED that the petition for rehearing en banc (docket entry 129) is DISMISSED as moot in light of the panel's grant of rehearing and withdrawal of the challenged opinion.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

